IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 12-mj-1063 |
| | ) | |
| EDWARD DESHAWN SMITH | ) | |

**ORDER**

On September 10, 2012, defendant Edward Deshawn Smith appeared with counsel, AFPD Alpert, and also came the Government, for an initial appearance. The defendant was advised of the charges, penalties and his rights. The Government filed a motion for detention. Defendant's counsel requested a continuance beyond the five-day statutory limitation, 18 U.S.C. § 3142(f)(2), in order to have more time to evaluate the case. For good cause shown, the motion was granted, and it is hereby

ORDERED that both a preliminary and detention hearings are SCHEDULED for **Wednesday, September 19, 2012, at 12:00 noon**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville. Defendant shall remain in federal custody pending the detention hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge